# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:18CR17 |
| vs. | ) | |
| ANTHONY D. McCAULEY, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial [42]. Counsel for the government will be out of the district September 12-14, 2018. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [42] is granted, as follows:

1. The jury trial, now set for September 11, 2018 is continued to **September 25, 2018.**

2. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than August 20, 2018**.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: August 13, 2018.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**